FILED

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0613

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0613

STATE OF MONTANA,

  Plaintiff and Appellant,

 v.

COLE LARSON LEVINE,

  Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including January 8, 2024, within which to prepare, serve, and file its opening brief.

**RB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 11 2023